UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 26, 2016
BCO-075

No. 16-8032

JAYVON WRIGHT; ANTOINE MURREY; KEITH MEDLEY;
GREGORY GRIFFIN; RASHAD EL, individually and on behalf
of a class of others similarly situated,
Petitioners

v.

CITY OF WILMINGTON

(D. Del. No. 1-13-cv-01966)

Present: FUENTES, KRAUSE and SCIRICA, Circuit Judges

1. Petition by Petitioners for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

2. Response by Respondent to Petition for Leave to Appeal Pursuant to
Fed. R. Civ. P. 23(f).

Respectfully,
Clerk/kr

_____ORDER_____

The foregoing petition for leave to appeal is granted.

Within 10 days from the date of this order, petitioner is directed to pay the applicable filing and docketing fee in the United States District Court for the Eastern District of Pennsylvania. Petitioner will provide notice to the Clerk of this Court that the filing and docketing fee has been paid. Once notified, the Clerk is directed to transfer the matter to the general docket as an appeal.

A briefing schedule will be issued at the appropriate time. The current panel will consider the merits of the appeal as a special panel once briefing has been completed.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: May 31, 2016

A True Copy

Marcia M. Waldron

Marcia M. Waldron, Clerk

CJG/cc:   Daniel C. Herr, Esq.
          Stephen P. Norman, Esq.
          C. Malcolm Cochran, IV, Esq.