# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAYVON WRIGHT, ANTOINE MURREY, KEITH MEDLEY, GREGORY GRIFFIN, AND RASHAD EL, individually )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITY OF WILMINGTON, )<br><br>Defendant. ) | C.A. No. 13-1966-GAM<br><br>JURY TRIAL DEMANDED<br><br>REDACTED<br>PUBLIC VERSION |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF STAY**

WHEREAS, on December 1, 2017, the Court entered an order staying this action (D.I. 227);

WHEREAS, the stay expires on February 2, 2018 (D.I. 227 ¶ 1); and

WHEREAS, ████████████████████████████████████████████

████████████████████████████████

IT IS HEREBY STIPULATED by and between the parties, subject to the approval by the Court, that:

1. The Action shall remain stayed until March 5, 2018.

2. ████████████████████ on or before March 5, 2018, the parties shall submit an amended scheduling order or request a further stay from the Court.

3. Either party may petition the Court to lift the stay on seven (7) days' notice to the other side. Should the Court lift the stay, the parties shall thereafter confer on an appropriate schedule for the remaining case deadlines.

| | |
|---|---|
| */s/ Stephen P. Norman* | */s/ C. Malcolm Cochran, IV* |
| Ryan R. Tack-Hooper (#6209) | C. Malcolm Cochran, IV (#2377) |
| American Civil Liberties Union of Delaware | Kelly E. Farnan (#4395) |
| 100 W. 10th Street, Suite 706 | Christine D. Haynes (#4697) |
| Wilmington, Delaware  19801 | Richards, Layton & Finger, P.A. |
| (302) 654-5326 | 920 North King Street |
| rtackhooper@aclu-de.org | Wilmington, Delaware  19801 |
| | (302) 651-7700 |
| Stephen P. Norman (#4620) | cochran@rlf.com |
| The Norman Law Firm | farnan@rlf.com |
| 30838 Vines Creek Road, Suite 3 | haynes@rlf.com |
| Dagsboro, Delaware  19939 | |
| (302) 537-3788 | *Attorneys for Defendant* |
| snorman@thenormanlawfirm.com | |

*Attorney for Plaintiffs*

Dated:  February 1, 2018

       SO ORDERED this _____ day of _____, 2018.

                                                                                                                    _____
                                                                                                                    U.S.D.J.