**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAYVON WRIGHT, ANTOINE MURREY, KEITH MEDLEY, GREGORY GRIFFIN, AND RASHAD EL, individually<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON,<br><br>        Defendant. | C.A. No. 13-1966-GAM<br><br>JURY TRIAL DEMANDED<br><br>REDACTED<br>PUBLIC VERSION |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF STAY**

WHEREAS, on December 1, 2017, the Court entered an order staying this action (D.I. 227);

WHEREAS, on February 1, 2018, the Court entered an order extending the stay of this action through and including March 5, 2018 (D.I. 229); and

WHEREAS, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

IT IS HEREBY STIPULATED by and between the parties, subject to the approval by the Court, that:

    1.    The Action shall remain stayed until April 19, 2018.

    2.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on or before April 19, 2018, the parties shall submit an amended scheduling order or request a further stay from the Court.

    3.    Either party may petition the Court to lift the stay on seven (7) days' notice to the other side. Should the Court lift the stay, the parties shall thereafter confer on an appropriate schedule for the remaining case deadlines.

| | |
|---|---|
| */s/ Stephen P. Norman* | */s/ C. Malcolm Cochran, IV* |
| Ryan R. Tack-Hooper (#6209) | C. Malcolm Cochran, IV (#2377) |
| American Civil Liberties Union of Delaware | Kelly E. Farnan (#4395) |
| 100 W. 10th Street, Suite 706 | Christine D. Haynes (#4697) |
| Wilmington, Delaware 19801 | Richards, Layton & Finger, P.A. |
| (302) 654-5326 | 920 North King Street |
| rtackhooper@aclu-de.org | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| Stephen P. Norman (#4620) | cochran@rlf.com |
| The Norman Law Firm | farnan@rlf.com |
| 30838 Vines Creek Road, Suite 3 | haynes@rlf.com |
| Dagsboro, Delaware 19939 | |
| (302) 537-3788 | *Attorneys for Defendant* |
| snorman@thenormanlawfirm.com | |

*Attorney for Plaintiffs*

Dated: March 12, 2018

SO ORDERED this _____ day of _____, 2018.

_____
U.S.D.J.