IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAYVON WRIGHT, ANTOINE MURREY, KEITH MEDLEY, GREGORY GRIFFIN, AND RASHAD EL, individually<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-1966-GAM<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO EXTEND TIME

Defendant City of Wilmington (the "City") respectfully requests that the Court enter an Order extending the time for the City to respond to the Motion of Proposed Intervenor Weih Steve Chang to Intervene and Unseal Judicial Records of Civil Rights Class Action (the "Motion to Intervene") (D.I. 231). In support of this Motion, the City states as follows:

1. This case is currently stayed, by stipulation approved by the Court. The stay is set to expire on April 19, 2018. D.I. 234. On March 9, 2018, with no prior notice to the parties, the Proposed Intervenor filed his Motion to Intervene. D.I. 231.

2. The City requests an extension of time to respond to the Motion to Intervene while the stay remains in place. The City respectfully asks that the Court extend its deadline for such response to 10 days after the stay (and any extension thereof) is lifted.

3. The case has been pending since November 21, 2013. The Plaintiffs have already litigated (on multiple occasions) the issue of confidentiality, and the issue has been ruled upon multiple times by both Judge Fallon and Judge Robinson. *See* D.I. 141, 142, 171.

4. The Motion to Intervene seeks an order requiring the City to identify within 120 days of intervention the documents or portions thereof that should remain sealed. During the

RLF1 19038782v.1

period of the stay (and without waiver thereof), and while reserving all rights and arguments in opposition to intervention, the City will review the redacted and other confidential filings for that purpose, while balancing the law enforcement and public safety concerns recognized by the Court in its prior rulings on confidentiality. *See* D.I. 142 (recognizing "a clear and important public policy in favor of maintaining the confidentiality of police sources of information and methods of law enforcement . . . ."), D. I. 171 (holding that the City had demonstrated good cause for designating as confidential turnkey logs, crime reports and other documents). The Motion to Intervene would be more efficiently briefed and considered thereafter.

5. Accordingly, the City respectfully requests that the Court enter the attached Order extending its deadline to respond to the Motion to Intervene to 10 days after the stay (and any extension thereof) is lifted. In the event the Court does not grant the requested extension, the City requests that it be given 10 days from the Court's denial of this motion to file its response to the Motion to Intervene.

6. The City has conferred with counsel for Plaintiffs and is advised that Plaintiffs do not oppose the City's request.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Rosamaria Tassone-DiNardo<br>City of Wilmington Law Department<br>City/County Building, 9th Floor<br>800 N. French Street<br>Wilmington, DE 19801<br>(302) 576-2175<br><br>Dated:  March 22, 2018 | */s/Kelly E. Farnan*<br>C. Malcolm Cochran, IV (#2377)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>Cochran@rlf.com<br>Farnan@rlf.com<br>Haynes@rlf.com<br><br>*Attorneys for Defendant City of Wilmington* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel of record at the addresses and in the manner indicated below:

**BY E-MAIL**

Stephen P. Norman
The Norman Law Firm
30838 Vines Creek Road, Suite 3
Dagsboro, Delaware 19939

Ryan Tack-Hooper
ACLU Foundation of Delaware
100 West 10th Street, Suite 706
Wilmington, DE 19801

I HEREBY FURTHER CERTIFY that on March 22, 2018, I caused the foregoing to be served on the following non-registered CM/ECF participant in the manner indicated:

**BY E-MAIL**

Weih Steve Chang
trolleysquareman@gmail.com

/s/ *Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com