

30838 Vines Creek Road, Unit 3
Dagsboro DE  19939
Phone: 302-537-3788
Fax: 302-537-3799

October 27, 2017

The Honorable Gerald A. McHugh
U.S. District Court for the Eastern District of Pennsylvania
James. A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:    *Wright, et al v. City of Wilmington*
               C.A. No. 13-1966-GAM

Your Honor:

     I am writing to provide Your Honor with additional evidentiary materials which were referenced during the recent oral argument pertinent to Plaintiffs' Motion to Certify Class. Supplemental Appendix Volume IV contains the following:

1. 2017 Deposition of Officer Gestwicki.  Officer Gestwicki was originally deposed in 2012 as a 30(b)(6) witness.  He was again deposed in the instant case and attempted to contradict much of his prior testimony.

2. Audio file of a portion of the arrest of Rashad El wherein dispatch asks if El is a witness to which the officer responds that El is a "witness"

3. Video of interrogation of Rashad El by Officer Joseph Bucksner where El inquires why he is being kidnapped and Bucksner responds that he is not being kidnapped, but detained and that is the law. Timestamp 1:48-2:08.

4. The 2017 Deposition of Joseph A. Bucksner assists with the context of the interrogation.  Plaintiffs' Appendix Vol. 1, A121.  Bucksner could not recall if Rashad El was in the interrogation room as a suspect or a witness, but stated "[h]e could be there as a witness."  60:24-61:7.  Bucksner admitted that he told El that he was being detained for investigatory purposes. 62:2-12.  Bucksner clarified that "you can detain somebody for two hours for investigation…". 62:16-18.  He repeated that "you can detain somebody for two hours.  That is - -you're allowed to detain somebody for investigative purposes." 63:13-15.  He then clarified that this is something he has been trained on.  63:18-19.

      Plaintiffs' counsel has provided proposed log entries to the Court and is awaiting comment from defense counsel. In the event that Your Honor requires any additional information, counsel is more than willing to provide whatever is necessary. Thank you for your consideration of these matters.

      Respectfully submitted,

*/s/ Stephen P. Norman, Esquire*
Stephen P. Norman, Esquire