## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of November 2017, a true and correct copies of

**Appendix in Supplement to Plaintiff's Motion to Certify Class Volumes V, VI, VII, VIII, and IX** were served, via electronic mail to:

Ms. Kelly E. Farnan, Esq.
Mr. C. Malcolm Cochran, IV, Esq.
Christine Dealy Hayenes
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801


**THE NORMAN LAW FIRM**

DATE: November 2, 2017          */s/Stephen P. Norman*
Stephen P. Norman, Esquire, Bar No. 4620
30838 Vines Creek Rd., Unit 3
Dagsboro, Delaware  19939
302-537-3788
SNorman@TheNormanLawFirm.com
*Attorney for Plaintiffs*