## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December 2017, a true and correct copy of Plaintiffs' Stipulation and [Proposed] Order Regarding Stay were served, via electronic mail to:

Ms. Christine Haynes, Esq.
Ms. Kelly E. Farnan, Esq.
Mr. C. Malcolm Cochran, IV, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**THE NORMAN LAW FIRM**

DATE: December 1, 2017

*/s/Stephen P. Norman*
Stephen P. Norman, Esquire, Bar No. 4620
30838 Vines Creek Rd., Unit 3
Dagsboro, Delaware  19939
302-537-3788
SNorman@TheNormanLawFirm.com
*Attorney for Plaintiffs*