

C. Malcolm Cochran, IV
302-651-7506
Cochran@rlf.com

November 16, 2017

**VIA CM/ECF AND FEDERAL EXPRESS**     PUBLIC VERSION

The Honorable Gerald A. McHugh
United States District Court
 for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

>Re:    *Wright, et al. v. City of Wilmington*
>       C.A. No. 13-1966-GAM

Dear Judge McHugh:

During oral argument on October 19, 2017, the Plaintiffs clarified that the "policy" referenced in their proposed, class definition is Wilmington Police Department ("WPD") Directive 6.10K. I write to inform the Court that WPD has stricken Directive 6.10K, and has today announced that the directive is of no further force and effect. I have enclosed herewith a copy of the Chief's Bulletin so announcing.

It is the City's position that this action should moot the motion for class certification under Rule 23(b)(2) (for prospective relief), to the extent such is based on claims challenging the facial validity of Directive 6.10K, or claims challenging the prospective application of Directive 6.10K.

The City is taking this action subject to and without waiver of its arguments that Directive 6.10K was valid on its face, and as applied, as related in the briefing previously submitted in connection with the pending motion for class certification.

>Respectfully,
>
>*/s/ C. Malcolm Cochran, IV*
>
>C. Malcolm Cochran, IV (#2377)
>cochran@rlf.com

Enclosure
cc:    All Counsel of Record (via CM/ECF and email)
       Luke W. Mette, Esquire (via email)

## WILMINGTON DEPARTMENT OF POLICE

## WILMINGTON, DELAWARE

### INFORMATIONAL BULLETIN

**TO:** ALL PERSONNEL

**FROM:** Robert J. Tracy

*[signature]*

Chief of Police

**DATE:** November 16, 2017

**RE:** **Directive 6.10K, Police Officer's Manual for the City of Wilmington**

All personnel are advised that effective on the date of this bulletin Directive 6.10K, entitled Detention of Suspects (inclusive of subparts 1 through 4 thereof) is stricken, and of no further force or effect.

Personnel are required to adhere to the most current legal update training and training on the Fourth Amendment and laws of arrest, in conducting Terry stops (including detentions pursuant to 11 *Del. C.* § 1902) and arrests

RJT/mcc          Page 1 of 1          2017 206